IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

UNITED STATES OF AMERICA,
        PLAINTIFF,

vs.    No. 12-40035-JAR

BRIGAMH G. RUIZ and
MONICA CARRILLO,
        DEFENDANTS.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about February 28, 2012, in the District of Kansas, the defendants,

**BRIGAMH G. RUIZ and
MONICA CARRILLO,**

did knowingly and intentionally possess with the intention to distribute approximately 5.45 kilograms of a mixture or substance containing a detectable quantity of cocaine hydrochloride, commonly known as powdered cocaine, a Schedule II controlled substance, and approximately 680 grams of a mixture or substance containing a detectable quantity of methamphetamine, a Schedule II controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).

                                                  A TRUE BILL.

March 7, 2012                    s/Foreperson
DATE                              FOREPERSON OF THE GRAND JURY

s/Randy M. Hendershot, #08962 for
BARRY R. GRISSOM
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
barry.grissom@usdoj.gov
Ks. S. Ct. No. 10866

[It is requested that trial be held in Topeka, Kansas]