CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.                                                                Case No:        12-40035-02-JAR

MONICA CARRILLO                                                   Age:            28
                                                                  Education:      11th grade
                                                                  AUSA:           Randy Hendershot
                                                                  Deft. Atty.:    Mike Jackson
                                                                  ____ Appointed   X   Retained

| JUDGE: | Sebelius | DATE: | March 13, 2012 |
|---|---|---|---|
| DEPUTY CLERK: | Gilchrist | REPORTER: | Network @ 10:09 AM |
| Location: | Topeka, Kansas | PRETRIAL/PROBATION: | Diana Kerns |

Length of Hearing:   Rule 5:   5 min.   Arraignment:   5 min.
                     Hearing Completed:   yes

## PROCEEDINGS

(x) Initial Rule 5 Hearing            ( ) Initial Revocation Hearing              ( ) Bond Hearing
( ) ID/Removal Hearing                ( ) Held   ( ) Waived                       ( ) Bond Revocation Hearing
( ) Preliminary Hearing               ( ) Held   ( ) Waived                       ( ) Upon Petition for Offender
( ) Detention Hearing                 ( ) Held   ( ) Waived                            Under Supervision
(x) Arraignment                       (x) Held   ( ) Waived

( ) Interpreter:              ( ) Appointed          ( ) Sworn
(x) Charges and penalties explained to defendant
( ) Defendant sworn and examined re: financial ability to retain counsel
( ) Counsel appointed                    ( ) At defendant's expense
(x) Constitutional rights explained      (x) Felony              ( ) Misdemeanor
( ) Defendant declined to waive indictment ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under              ( ) Rule 20             ( ) Rule 40
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed         ( ) Plea Agreement Attached
( ) Transfer under Rule 40 to:
( ) Defendant acknowledged receipt of petition for offender under supervision

(x) ARRAIGNMENT AND PLEA:                                              (1)  No. of Counts
    (x) Waived Reading of    (x) Indictment     ( ) Information        ( )  Read to Defendant
    ( ) Previous Plea        ( ) Guilty         ( ) Not Guilty         Counts:           Withdrawn
    ( ) Guilty                                                         Counts:           Accepted
    (x) Not Guilty                                                     Count(s):  1

( ) Bail Denied                ( ) Bail fixed at                       ( ) Bail remain at
( ) $                          ( ) Unsecured                           ( ) Secured
( ) Release Order              ( ) Executed                            ( ) Continued in effect
(x) Deft. remanded to custody  ( ) Pending compliance with conditions of release
( ) Detention Ordered

The General Order of Discovery & Scheduling will be issued by:   Judge Robinson

Deft's next appearance:   Detention hearing 3/20/12 at 10:00 AM before Magistrate Judge Sebelius

Miscellaneous: The defendant appears in person and with retained counsel Michael Jackson.  Government requests pretrial detention of the defendant.   Defendant requests pretrial release and the court sets a detention hearing for 3/20/12 at 10:00 AM before Magistrate Judge Sebelius.  The court finds that the period of delay resulting from the granting of the continuance for a detention hearing shall be excludable time pursuant to 18 U.S.C. § 3161(h)(7) in that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial. Defendant stands silent and the court enters a "not guilty" plea on behalf of the defendant to the charge in the indictment.  Defendant is remanded to the custody of the United States Marshal's Service pending further proceedings in this matter.