AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court



FILED
MAR 14 2012
Clerk, U.S. District Court
By_____ Deputy Clerk

DISTRICT OF ___Kansas___

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| MONICA CARRILLO | |
| | CASE NUMBER: 12-40035-02-JAR |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Monica Carrillo___
                                              Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her   (brief description of offense)

Ct 1  - 21 USC 841-Possession with intent to distribute cocaine and methamphetamine

NOTE:

(stamp: TOPEKA, KS 2012 MAR -7 PM 3:12 UNITED STATES MARSHAL RECEIVED)

in violation of ___21___ United States Code, Section(s) ___841___

| TIMOTHY M. O'BRIEN | s/B. Thorne, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | March 7, 2012     at Topeka, Kansas |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED 3/13/12 | NAME AND TITLE OF ARRESTING OFFIi | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/13/12 | TFO J.D Ryle | (signature) |