# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                            **Case No.  12-40035-02-JAR**

BRIGAMH B. RUIZ and
MONICA CARRILLO,21903-031

        Defendants.
_____

## ENTRY OF APPEARANCE

      COMES NOW Michael M. Jackson, attorney at law, and Paul Oller, attorney at law, and respectfully enter their appearances in the above captioned matter as attorney of record for defendant, Monica Carrillo.

                                            Respectfully submitted,

                                            **s/ Michael M. Jackson**
                                            Michael M Jackson
                                            Bar Number 10642
                                            Attorney for Defendant
                                            727 S. Kansas, Suite 2
                                            Topeka, KS  66603
                                            Telephone:  785-234-6553
                                            Fax: 785-234-8715
                                            E-mail Address: Jacksonmm@aol.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 16, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the interested parties.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/EFC participants:

MONICA CARRILLO, # 21903-031
CCA LEAVENWORTH DETENTION CENTER
100 HIGHWAY TERRACE
LEAVENWORTH KS  66048

                                    **s/ Michael M. Jackson**
                                    Michael M Jackson