CLERK'S COURTROOM MINUTE SHEET - CRIMINAL
SENTENCING WORKSHEET

UNITED STATES OF AMERICA,

vs.

MONICA CARRILLO

Case No:   12-40035-02-JAR

Location: Topeka, Kansas

AUSA: Randy Hendershot
Deft. Atty.: Michael Jackson

| | | | |
|---|---|---|---|
| **JUDGE:** | Robinson | **DATE:** | 9/17/12 |
| **DEPUTY CLERK:** | Patton | **TAPE/REPORTER:** | Harris |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | Beilman |

( x )  For Details of Sentence See Judgment and Commitment Order

( )  Restitution Ordered under 18:3663      $_____    on count(s) _____
                                            $_____    on count(s) _____
                                            $_____    on count(s) _____

( )  **Total Restitution**      **$          0          **

( )  Defendant Fined            $_____    on count(s) _____
                                $_____    on count(s) _____
                                $_____    on count(s) _____

( )  **Total Fine**             **$          0          **

( x )  Defendant Assessed under 18:3013     $____100.00_____    on count(s) _____1_____
                                            $_____     on count(s) _____
                                            $_____     on count(s) _____

( x )  **Total Assessment**     **$     100.00          **

( ) The original indictment is dismissed by the court on the motion of the United States.

( x ) Govt    ( x ) Deft  --- Advised of Right to Appeal       ( ) Vol. Surrender:_____

( X ) Defendant Remanded to Custody                            ( ) Continued on Present Bond

( ) Stay of Execution     ( ) Granted    ( ) Denied

( X ) Notes: Defendant meets safety valve criteria.  Provision for denial of federal benefits is not applicable.  Court will recommend placement as close as possible to Victorsville, CA, placement in 500 hour residential drug treatment program, and credit for time served.  Government's oral motion to destroy any evidence is granted.