CLOSED

# U.S. District Court
## DISTRICT OF KANSAS (Topeka)
## CRIMINAL DOCKET FOR CASE #: 5:12−cr−40035−JAR−2
### *Internal Use Only*

Case title: USA v. Ruiz et al

Date Filed: 03/07/2012
Date Terminated: 09/20/2012

Assigned to: District Judge Julie A. Robinson

**Defendant (2)**

**Monica Carrillo**
*TERMINATED: 09/20/2012*

represented by **Michael M. Jackson**
727 South Kansas Ave.−Ste. 2
Topeka, KS 66603
785−234−6553
Fax: 785−234−8715
Email: jacksonmm@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Paul R. Oller**
The Oller Law Firm, LLC
113 W. 13th St.
Hays, KS 67601
785−623−2966
Fax: 785−625−4145
Email: docs@tolf.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Pending Counts**

21:841(a)(1) – Possession with intent to distribute cocaine and methamphetamine (INDICTMENT FILED 3/7/2012)
(1)

**Disposition**

Sentenced to a term of imprisonment of 46 months. Upon release from imprisonment, defendant shall be on supervised release for a term of 2 years. $100 special assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                           **Disposition**

None

---

**Plaintiff**

USA                      represented by   **Randy M. Hendershot**
                                          Office of United States Attorney – Topeka
                                          290 US Courthouse
                                          444 SE Quincy
                                          Topeka, KS 66683–3592
                                          785–295–2850
                                          Fax: 785–295–2853
                                          Email: Randy.Hendershot@usdoj.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*
                                          Bar Status: Active

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/07/2012 | 1 | 5 | INDICTMENT filed against Brigamh G. Ruiz (1) and Monica Carrillo (2) as to Count 1. (bt) (Entered: 03/07/2012) |
| 03/12/2012 | 2 |  | NOTICE OF HEARING as to Defendants Brigamh G. Ruiz and Monica Carrillo (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)Initial Appearance and Arraignment set for 3/13/2012 at 09:30 AM in Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. (bt) (Entered: 03/12/2012) |
| 03/12/2012 | 3 |  | NOTICE OF HEARING as to Defendants Brigamh G. Ruiz and Monica Carrillo (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Initial Appearance and Arraignment set for 3/13/2012 at 09:30 AM in Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. (sg) (Entered: 03/12/2012) |
| 03/13/2012 | 5 |  | NOTICE OF HEARING as to Defendant Monica Carrillo (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Detention Hearing set for 3/20/2012 at 10:00 AM in Courtroom 470 (KGS) before Magistrate Judge K. Gary Sebelius. (bt) (Entered: 03/14/2012) |
| 03/13/2012 |  |  | ARREST of Monica Carrillo (bt) (Entered: 03/14/2012) |

| | | | |
|---|---|---|---|
| 03/13/2012 | 6 | | MINUTE ENTRY for Rule 5/Initial Appearance and Arraignment proceedings held 3/13/2012 before Magistrate Judge K. Gary Sebelius as to Monica Carrillo (2), Count 1. Defendant appears in person and with retained counsel Michael Jackson. Government requests pretrial detention of the defendant and the court sets Detention Hearing for 3/20/2012 at 10:00 AM in Courtroom 470 before Magistrate Judge K. Gary Sebelius. Defendant stands silent and the court enters a "not guilty" plea on behalf of the defendant. Defendant is remanded to the custody of the US Marshal. (Tape #Network @ 10:09 AM.) (bt) (Entered: 03/14/2012) |
| 03/14/2012 | 7 | | Arrest WARRANT returned executed on 3/13/2012 as to Monica Carrillo (bt) (Entered: 03/14/2012) |
| 03/15/2012 | 8 | | GENERAL ORDER OF DISCOVERY & SCHEDULING as to Monica Carrillo. Motions due by 5/7/2012. Response deadline 5/14/2012. Motion Hearing set for 5/21/2012 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Jury Trial set for 5/29/2012 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 3/15/2012. (pp) (Entered: 03/15/2012) |
| 03/16/2012 | 14 | | ENTRY OF APPEARANCE: by attorney Michael M. Jackson appearing for Monica Carrillo *and attorney Paul Oller* (Jackson, Michael) (Entered: 03/16/2012) |
| 03/19/2012 | 15 | | WAIVER OF DETENTION HEARING by Monica Carrillo. (bt) (Entered: 03/19/2012) |
| 05/07/2012 | 20 | | MOTION for Extension of Time to File *pretrial motions* by Monica Carrillo. (Jackson, Michael) (Entered: 05/07/2012) |
| 05/09/2012 | 21 | | ORDER granting 20 Motion for Extension of Time to File. Time excluded from 5/29/12 until 6/25/12 as to Monica Carrillo (2). Motions due by 5/21/2012. Response deadline 5/29/2012. Jury Trial set for 6/25/2012 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Motion Hearing set for 6/11/2012 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 5/9/2012. (pp) (Entered: 05/09/2012) |
| 05/30/2012 | 24 | | NOTICE OF CANCELLED HEARING: Motion hearing on 6/11/12 at 9:00 a.m. as to Defendant Monica Carrillo cancelled. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (pp) (Entered: 05/30/2012) |
| 05/30/2012 | 25 | | NOTICE OF HEARING as to Defendant Monica Carrillo (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference set for 6/11/2012 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (pp) (Entered: 05/30/2012) |
| 06/05/2012 | 26 | | NOTICE OF CANCELLED HEARING: Status conference on 6/11/12 at 9:00 a.m. as to Defendant Monica Carrillo cancelled. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (pp) (Entered: 06/05/2012) |
| 06/05/2012 | 27 | | NOTICE OF HEARING as to Defendant Monica Carrillo (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Change |

| | | | |
|---|---|---|---|
| | | | of Plea Hearing set for 6/11/2012 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (pp) (Entered: 06/05/2012) |
| 06/11/2012 | 28 | | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: CHANGE OF PLEA HEARING as to Monica Carrillo held on 6/11/2012. Sentencing set for 9/17/2012 at 09:00 AM in Courtroom 401 (JAR) before District Judge Julie A. Robinson. (Court Reporter Harris.) (pp) (Entered: 06/11/2012) |
| 06/11/2012 | 29 | | PETITION TO ENTER PLEA OF GUILTY AND ORDER ENTERING PLEA WITH PLEA AGREEMENT ATTACHED as to Monica Carrillo (2) Count 1. Signed by District Judge Julie A. Robinson on 6/11/2012. (pp) (Entered: 06/11/2012) |
| 09/06/2012 | 48 | | PRESENTENCE INVESTIGATION REPORT as to Monica Carrillo<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(USPO) (Entered: 09/06/2012) |
| 09/17/2012 | 54 | | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: SENTENCING HEARING held on 9/17/2012 as to defendant Monica Carrillo. (Court Reporter Harris.) (pp) (Entered: 09/17/2012) |
| 09/20/2012 | 55 | 7 | JUDGMENT as to Monica Carrillo (2). Count(s) 1, Sentenced to a term of imprisonment of 46 months. Upon release from imprisonment, defendant shall be on supervised release for a term of 2 years. $100 special assessment. Signed by District Judge Julie A. Robinson on 9/20/2012. (pp) (Entered: 09/20/2012) |
| 09/20/2012 | 56 | | STATEMENT OF REASONS as to Monica Carrillo re 55 Judgment,<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(pp) (Entered: 09/20/2012) |
| 12/22/2014 | 58 | | PROBATION JURISDICTION TRANSFERRED TO U.S. District Court for the District of Arizona as to Monica Carrillo. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # 1 Letter)(hs) (Entered: 12/22/2014) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

UNITED STATES OF AMERICA,
        PLAINTIFF,

vs.        No. 12-40035-JAR

BRIGAMH G. RUIZ and
MONICA CARRILLO,
        DEFENDANTS.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about February 28, 2012, in the District of Kansas, the defendants,

**BRIGAMH G. RUIZ and
MONICA CARRILLO,**

did knowingly and intentionally possess with the intention to distribute approximately 5.45 kilograms of a mixture or substance containing a detectable quantity of cocaine hydrochloride, commonly known as powdered cocaine, a Schedule II controlled substance, and approximately 680 grams of a mixture or substance containing a detectable quantity of methamphetamine, a Schedule II controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

March 7, 2012                s/Foreperson
DATE                         FOREPERSON OF THE GRAND JURY


s/Randy M. Hendershot, #08962 for
BARRY R. GRISSOM
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
barry.grissom@usdoj.gov
Ks. S. Ct. No. 10866

[It is requested that trial be held in Topeka, Kansas]

AO 245B (Rev. 03/2007) - Judgment in a Criminal Case

# United States District Court
## District of Kansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MONICA CARRILLO | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:   5:12CR40035-002-JAR<br>USM Number:   21903-031<br><br>Defendant's Attorney   Michael M. Jackson |

**THE DEFENDANT:**

[x]   pleaded guilty to count(s): <u>1 of a 1-count Indictment</u>.
[ ]   pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 841(a)(1) | **POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE, a Class A Felony** | 02/28/2012 | 1 |

The defendant is sentenced as provided in pages 2 through <u>6</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) ___.

[ ]   Count(s) ___ (is)(are) dismissed on the motion of the United States.

 IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of material changes in economic circumstances.

September 17, 2012
Date of Imposition of Judgment

s/ Julie A. Robinson
Signature of Judge

Honorable Julie A. Robinson, U.S. District Judge
Name & Title of Judge

9/20/12
Date

AO 245B (Rev. 06/05) Judgment in a Criminal Case---Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | MONICA CARRILLO | Judgment - Page 2 of 6 |
| CASE NUMBER: | 5:12CR40035-002-JAR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>46 months</u>.

[**x**]   The Court makes the following recommendations to the Bureau of Prisons:

> The Court recommends designation as close to Victorville, California, as possible due to her four (4) children. The Court additionally recommends the defendant participate in the 500-hour drug treatment program while incarcerated. Further, the Court requests time served to date to be applied to defendant's sentence.

[**x**]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.

　　[ ] at ___ on ___.

　　[ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　[ ] before ___ on ___.

　　[ ] as notified by the United States Marshal.

　　[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
　　Deputy U.S. Marshal

| | | |
|---|---|---|
| DEFENDANT: | MONICA CARRILLO | Judgment - Page 3 of 6 |
| CASE NUMBER: | 5:12CR40035-002-JAR | |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>two (2) years</u>.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable)

[**x**]   The defendant is prohibited from possessing or purchasing a firearm, ammunition, destructive device, or any other dangerous weapon. (Check if applicable)

[**x**]   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check if applicable)

[ ]   The defendant shall register as a sex offender, and keep the registration current, in each jurisdiction where the defendant resides, where the defendant is an employee, and where the defendant is a student. For initial registration purposes only, the defendant shall also register in the jurisdiction in which convicted, if such jurisdiction is different from the jurisdiction of residence. Registration shall occur not later than 3 business days after being sentenced, if the defendant is not sentenced to a term of imprisonment. The defendant shall, not later than 3 business days after each change in name, residence, employment, or student status, appear in person in at least one jurisdiction in which the defendant is registered and inform that jurisdiction of all changes in the information required. (Check if applicable)

[ ]   The defendant shall participate in an approved program for domestic violence. (Check if applicable)

If this judgment imposes a fine or restitution, it is to be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this Court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or the probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 10/2011) Judgment in a Criminal Case ---Supervised Release

| | | |
|---|---|---|
| DEFENDANT: | MONICA CARRILLO | Judgment - Page 4 of 6 |
| CASE NUMBER: | 5:12CR40035-002-JAR | |

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall successfully participate in an approved program for substance abuse, which may include urine, breath, or sweat patch testing, outpatient and/or residential treatment, and share in the costs, based on the ability to pay. The defendant shall abstain from the use of alcohol and other intoxicants during the term of supervision as directed by the Probation Office.

2. The defendant shall participate in an approved program for mental health treatment, which may include psychological counseling and prescribed medication. The defendant shall share in the costs, based on the ability to pay, at the direction of the U.S. Probation Officer.

3. The defendant shall submit his/her person, house, residence, vehicle(s), papers, business or place of employment and any property under the defendant's control to a search, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

4. The defendant is prohibited from possessing or purchasing a firearm, ammunition, destructive device, or other dangerous weapon.

Case 5:12-cr-40035-JAR Document 595 Filed 09/20/14 Page 10 of 62

AO 245B (Rev. 10/2011) Judgment in a Criminal Case ---Supervised Release

| | | |
|---|---|---|
| DEFENDANT: | MONICA CARRILLO | Judgment - Page 4 of 6 |
| CASE NUMBER: | 5:12CR40035-002-JAR | |

AO 245B (Rev.06/05) Judgment in a Criminal Case---Criminal Monetary Penalties

| | | |
|---|---|---|
| DEFENDANT: | MONICA CARRILLO | Judgment - Page 5 of 6 |
| CASE NUMBER: | 5:12CR40035-002-JAR | |

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the Schedule of Payments set forth in this Judgment.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100 | $ 0 | $ 0 |

[ ] The determination of restitution is deferred until ＿. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS: | $ | $ | |

[ ] Restitution amount ordered pursuant to plea agreement $＿

[ ] The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options set forth in this Judgment may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  [ ] the interest requirement is waived for the    [ ] fine and/or    [ ] restitution.

  [ ] the interest requirement for the    [ ] fine and/or    [ ] restitution is modified as follows:

Case 5:12-cr-40035-JAR Document 595 Filed 09/20/12 Page 15 of 62

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

| | |
|---|---|
| DEFENDANT: MONICA CARRILLO | Judgment - Page 6 of 6 |
| CASE NUMBER: 5:12CR40035-002-JAR | |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A    [ ]    Lump sum payment of $ due immediately, balance due

       [ ]    not later than _____ , or

       [ ]    in accordance with ( ) C, ( ) D, ( ) E, or ( ) F below; or

B    [x]    Payment to begin immediately (may be combined with ( ) C, ( ) D, or (x) F below); or

C    [ ]    Payment in monthly installments of not less than 5% of the defendant's monthly gross household income over a period of __ years to commence __ days after the date of this judgment; or

D    [ ]    Payment of not less than 10% of the funds deposited each month into the inmate's trust fund account and monthly installments of not less than 5% of the defendant's monthly gross household income over a period of __ years, to commence __ days after release from imprisonment to a term of supervision; or

E    [ ]    Payment during the term of supervised release will commence within _ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    [x]    Special instructions regarding the payment of criminal monetary penalties:

If restitution is ordered, the Clerk, U.S. District Court, may hold and accumulate restitution payments, without distribution, until the amount accumulated is such that the minimum distribution to any restitution victim will not be less than $25.

Payments should be made to Clerk, U.S. District Court, U.S. Courthouse - Room 259, 500 State Avenue, Kansas City, Kansas 66101.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

       [ ]    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount Joint and Several Amount and corresponding payee, if appropriate.

| Case Number (including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|
| | | |

       [ ]    The defendant shall pay the cost of prosecution.

       [ ]    The defendant shall pay the following court cost(s):

       [ ]    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, (8) costs, including cost of prosecution and court costs.